

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave., N.W., Room 7224
Washington, D.C. 20530-0001

Tel: (202) 353-0213

VIA CM/ECF

April 5, 2024

Ms. Molly C. Dwyer
Office of the Clerk
United States Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street,
San Francisco, Ca 94103

Re:   *California, et. al. v. United States Dep't of Energy, et. al.*, No. 20-71068

Dear Ms. Dwyer:

These consolidated petitions for review are currently in abeyance until September 30, 2024 pending agency proceedings. As an update regarding agency proceedings, the government respectfully provides notice that the United States Department of Energy has recently published a second final rule related to the petitions in this case, which is available at https://www.energy.gov/sites/default/files/2024-03/process_rule_kam_opt.pdf.

Sincerely,

*s/ Joshua Dos Santos*
Joshua Dos Santos
Attorney

cc:   all counsel (via CM/ECF)