IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**STATE OF CALIFORNIA, et al.,**

Petitioners,

v.

**U.S. DEPARTMENT OF ENERGY, et al ,**

Respondents,

**AIR-CONDITIONING, HEATING, &
REFRIGERATION INSTITUTE, et al.,**

Intervenors.

Nos. 20-71068, et al.

### PETITIONERS' UNOPPOSED MOTION TO
### CONTINUE ABEYANCE FOR 120 DAYS

State Petitioners[1] and Non-Governmental Petitioners[2] (together, "Joint

Petitioners") respectfully move to continue holding these petitions for review in

abeyance for 120 days, through January 28, 2025, due to ongoing review of the

impacts of the U.S. Department of Energy's ("DOE") new rule on this litigation.

---

[1] The States of California, Connecticut, Illinois, Maine, Michigan, Minnesota, Nevada, New Jersey, New York, Oregon, Vermont, and Washington, Commonwealth of Massachusetts, District of Columbia, and City of New York.
[2] The Natural Resources Defense Council, Sierra Club, Consumer Federation of America, Massachusetts Union of Public Housing Tenants, Environment America, and United States Public Interest Research Group.

*See* 89 Fed. Reg. 24,340. Respondent DOE and intervenors do not oppose this motion.

1.    The consolidated petitions for review challenge two rules issued by DOE delineating the agency's procedures for adopting new or revised energy conservation standards for appliances. *See* 85 Fed. Reg. 8,626 (February 14, 2020); 85 Fed. Reg. 50,937 (August 19, 2020). On January 20, 2021, President Biden issued Executive Order No. 13,990, which directed DOE to "immediately review" the two rules challenged in the petitions for review in this Court. 86 Fed. Reg. 7,037, 7,038 (Jan. 25, 2021). This Court subsequently placed these cases in abeyance at DOE's request to allow time for the agency to conduct its review of the challenged rules. The current abeyance ends on September 30, 2024.

2.    While these cases have been in abeyance, DOE has amended the challenged rules twice. DOE published the first rule amending the challenged rules on December 13, 2021. *See* 86 Fed. Reg. 70,892. On April 8, 2024, DOE published a second final rule adopting further changes to the challenged rules. *See* 89 Fed. Reg. 24,340.

2.    Joint Petitioners respectfully move to continue the abeyance for 120 days, through January 28, 2025, to allow Joint Petitioners sufficient time to review the impacts of DOE's new rule on this litigation. Abeyance would conserve resources of the Court and the parties.

3.    Counsel for DOE have indicated that DOE does not oppose this motion. Counsel for intervenors have indicated that intervenors do not oppose this motion.

**CONCLUSION**

For the foregoing reasons, Joint Petitioners respectfully request that this Court continue the abeyance for 120 days, through January 28, 2025.

Dated:  September 30, 2024                     Respectfully submitted,

FOR THE STATE OF CALIFORNIA

ROB BONTA
*ATTORNEY GENERAL*

*/s/ Jina J. Kim*
JINA J. KIM
TAYLOR WETZEL
*DEPUTY ATTORNEYS GENERAL*
DENNIS L. BECK, JR.
*SUPERVISING DEPUTY ATTORNEY GENERAL*
Office of the Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9345
Email: Jina.Kim@doj.ca.gov

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
*ATTORNEY GENERAL*

*/s/ Jill Lacedonia*
JILL LACEDONIA
*Assistant Attorney General*
165 Capitol Ave.
Hartford, CT 06106
(860) 808-5250
Email: Jill.Lacedonia@ct.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
*ATTORNEY GENERAL*

*/s/ Jason E. James*
JASON E. JAMES
*Assistant Attorney General*
MATTHEW J. DUNN
*Chief, Environmental Enforcement/*
*Asbestos Litigation Division*
Office of the Attorney General
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(872) 276-3583
Email: Jason.james@ilag.gov

FOR THE STATE OF MAINE

AARON M. FREY
*ATTORNEY GENERAL*

*/s/ Robert L. Martin*
ROBERT L. MARTIN
*Assistant Attorney General*
6 State House Station
Augusta, ME 04333
(207) 626-8579
Email: Robert.martin@maine.gov

FOR THE STATE OF MICHIGAN

DANA NESSEL
*ATTORNEY GENERAL*

*/s/ Elizabeth Morrisseau*
ELIZABETH MORRISSEAU
*ASSISTANT ATTORNEY GENERAL*
Environment, Natural Resources, and
Agriculture Division 6th Floor G.
Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
Email: MorrisseauE@michigan.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON
*ATTORNEY GENERAL*

*/s/ Peter N. Surdo*
PETER N. SURDO
*Special Assistant Attorney General*
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 757-1424
Email: peter.surdo@ag.state.mn.us


FOR THE STATE OF NEW JERSEY

MATTHEW J. PLATKIN
*ATTORNEY GENERAL*

*/s/ Lisa Morelli*
LISA MORELLI
*Deputy Attorney General*
Department of Law & Public Safety
Division of Law
R.J. Hughes Justice Complex | 25
Market St. | 7th Floor West
P.O. Box 112 |Trenton, NJ 08625
Telephone: (609) 376-2740
Email: Lisa.Morelli@law.njoag.gov

FOR THE STATE OF NEVADA

AARON D. FORD
*ATTORNEY GENERAL*

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN
*Solicitor General*
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3594
Email: HStern@ag.nv.gov


FOR THE STATE OF VERMONT

CHARITY R. CLARK
*ATTORNEY GENERAL*

*/s/ Hannah Yindra*
HANNAH YINDRA
*Assistant Attorney General*
Office of the Attorney General
109 State Street
Montpelier, VT 05609
Telephone: (802) 828-3186
Email: Hannah.Yindra@vermont.gov

For The State Of New York

LETITIA JAMES
*Attorney General*

*/s/ Timothy Hoffman*
TIMOTHY HOFFMAN
*Assistant Attorney General*
Office of the Attorney General
Environmental Protection Bureau
350 Main Street, Suite 300A
Buffalo, New York 14202
Telephone: (716) 853-8465
Email: Timothy.Hoffman@ag.ny.gov

For The State Of Oregon

ELLEN F. ROSENBLUM
*Attorney General*

*/s/ Paul Garrahan*
PAUL GARRAHAN
*Attorney in-Charge*
STEVE NOVICK
*Special Assistant Attorney General,*
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 9730
Telephone: (503) 947-4540
Email: Paul.Garrahan@doj.oregon.gov
Steve.Novick@doj.oregon.gov

For The State Of Washington

ROBERT W. FERGUSON
*Attorney General*

*/s/ Steve Scheele*
STEPHEN SCHEELE
*Assistant Attorney General*
Office of the Attorney General
State of Washington
P.O. Box 40109
Olympia, WA 98504
Telephone: (360) 586-6500
Email: steve.scheele@atg.wa.gov

For The Commonwealth Of Massachusetts

ANDREA JOY CAMPBELL
*Attorney General*

*/s/ I. Andrew Goldberg*
I. ANDREW GOLDBERG
*Assistant Attorney General,*
Environmental Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2429
Email: andy.goldberg@mass.gov

FOR THE DISTRICT OF COLUMBIA

BRIAN L. SCHWALB
*ATTORNEY GENERAL*

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
*Solicitor General*
Office of the Attorney General for the
District of Columbia
400 6th St., NW, Suite 8100
Washington, DC 20001
Telephone: (202) 724-6609
Email: caroline.vanzile@dc.gov

FOR THE NATURAL RESOURCES
DEFENSE COUNCIL

*/s/ Jared Thompson*
JARED J. THOMPSON
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
Telephone: (202) 513-6249
Email: jared.thompson@nrdc.org

FOR THE CITY OF NEW YORK

MURIEL GOODE-TRUFANT
*ACTING CORPORATION COUNSEL*

*/s/ Hilary Meltzer*
*HILARY MELTZER*
Chief, Environmental Law Division
CHRISTIAN C. HARNED
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
Telephone: (212) 356-1676
Email: chharned@law.nyc.gov

FOR SIERRA CLUB, CONSUMER
FEDERATION OF AMERICA,
MASSACHUSETTS UNION OF PUBLIC
HOUSING TENANTS, ENVIRONMENT
AMERICA, AND UNITED STATES
PUBLIC INTEREST RESEARCH GROUP

*/s/ Timothy Ballo*
TIMOTHY BALLO
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001
Telephone: (202) 667-4500 ext. 5209

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that:

(1)     This motion complies with the limitations provided in Federal Rule of Appellate Procedure 27(d)(2)(A) and Circuit Rule 27-1 because this motion contains 379 words, excluding the items exempted by Federal Rule of Appellate Procedure 32(f).

(2)     This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5)-(6), and Circuit Rule 27-1, because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font size and Times New Roman font type.

/s/ Jina J. Kim
JINA J. KIM

# CERTIFICATE OF SERVICE

I certify that on September 30, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Jina J. Kim*
JINA J. KIM