UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 5 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF CALIFORNIA; et al.,

Petitioners,

v.

U.S. DEPARTMENT OF ENERGY; JENNIFER GRANHOLM, Secretary, U.S. Department of Energy,

Respondents,

AIR-CONDITIONING, HEATING, & REFRIGERATION INSTITUTE; et al.,

Intervenors.

No. 20-71068

DOE No.
EERE-2017-BT-STD-0062
Department of Energy

ORDER

NATURAL RESOURCES DEFENSE COUNCIL; et al.,

Petitioners,

v.

U.S. DEPARTMENT OF ENERGY; JENNIFER GRANHOLM, in his official capacity as Secretary of the United States Department of Energy,

Respondents,

AIR-CONDITIONING, HEATING, & REFRIGERATION INSTITUTE; et al.,

No. 20-71071

DOE No.
EERE-2017-BT-STD-0062

Intervenors.

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL; et al.,<br><br>Petitioners,<br><br>v.<br><br>JENNIFER GRANHOLM, in his official capacity as Secretary of the United States Department of Energy; U.S. DEPARTMENT OF ENERGY,<br><br>Respondents. | No. 20-73091 |

These petitions have been held in abeyance pending completion of agency proceedings in the Department of Energy, since March 18, 2021.

The Clerk will administratively close these petitions. No mandate will issue in connection with this administrative closure, and this order does not constitute a decision on the merits.

The motion for a further stay of appellate proceedings (Docket Entry No. 115 in No. 20-71068) is denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT